AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| James Howard Jones, Jr. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Mildred L. Rivera, Warden | ) |
| *Defendant* | ) |

Civil Action No.     4:12-cv-2062-JFA

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed without prejudice.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr., United States District Judge. The court adopts the Report
and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.


Date:    August 19, 2013               *CLERK OF COURT*

                                       s/Debbie Stokes

                                         *Signature of Clerk or Deputy Clerk*